UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10052 CAS (JEMx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | *PARTNER ASSESSMENT CORPORATION v. EFI GLOBAL, INC.; ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 27, 2011** why this action should not be dismissed for lack of prosecution **as to defendant STEVE MAKI, INDIVIDUALLY DBA IMPACT BUSINESS CONSULTING, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)** Plaintiff's filing of an application for the clerk to enter default judgment on **defendant STEVE MAKI, INDIVIDUALLY DBA IMPACT BUSINESS CONSULTING**, or plaintiff's filing of a motion for entry of default judgment on **defendant STEVE MAKI, INDIVIDUALLY DBA IMPACT BUSINESS CONSULTING**

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |