# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARTNER ASSESSMENT CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EFI GLOBAL, INC., a Delaware corporation; STEVE MAKI, individually and doing business as IMPACT BUSINESS CONSULTING,,<br><br>    Defendants. | CASE NO. CV10-10052 CAS (JEMx)<br><br>**AMENDED JUDGMENT** |

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff PARTNER ASSESSMENT CORPORATION, a California corporation ("Plaintiff") shall take judgment against Defendant STEVE MAKI, individually and doing business as IMPACT BUSINESS CONSULTING ("MAKI") and further that:

1. This Court has jurisdiction over the parties and the subject matter.

2. Plaintiff shall take Judgment against MAKI for the First claim alleged in the Complaint for Computer Data Theft (California Penal Code §502).

3. Plaintiff shall take Judgment against MAKI for the Second claim alleged in the Complaint for Computer Data Theft (18 U.S.C. §1030 et seq.)

4. Plaintiff shall take Judgment against MAKI for the Third claim alleged in the Complaint for Misappropriation of Trade Secrets (Cal. Civil Code §3426 et seq.)

5. Plaintiff shall take Judgment against MAKI for the Fourth claim alleged in the Complaint for Conversion.

6. Plaintiff shall take judgment against MAKI for the Fifth claim alleged in the Complaint for Unfair Competition (Cal. Bus. & Prof. Code §17200 et seq.)

7. Plaintiff shall recover from MAKI money damages in the sum of Ten Thousand dollars and zero cents ($10,000.00).

8. MAKI is hereby enjoined from continuing to possess, use, copy, distribute, market or sell any digital data or digital media belonging to Plaintiff. Within 30 days MAKI is hereby Ordered to deliver to Plaintiff all digital data and digital media and all copies thereof in MAKI's possession, custody or control. Within 30 days MAKI is hereby Ordered to make a full and complete disclosure to Plaintiff and the Court identifying all persons and entities to whom MAKI provided Plaintiff's digital data or digital media, directly or indirectly. Within 30 days MAKI is hereby Ordered to provide Plaintiff and the Court with an accounting of all money and other property MAKI obtained through his sales of Plaintiff digital data and digital media.

9. Plaintiff shall recover the sum of Three Hundred Ninety-five dollars and zero cents ($395.00) against MAKI for costs incurred herein, awarded pursuant to Local Rule 54.

10. Plaintiff shall recover the sum of Ten Thousand dollars and zero cents ($10,000.00) against MAKI for reasonable attorney's fees incurred herein.

DATE: October 28, 2011

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE