JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTNER ASSESSMENT CORPORATION, a California corporation,, | Case No.: CV 10 10052 CAS (JEMx) |
| Plaintiffs, | **ORDER** |
| vs. | |
| EFI GLOBAL, INC. a Delaware corporation; STEVE MAKI, individually and doing business as IMPACT BUSINESS CONSULTING, | |
| Defendants. | |

It is so ordered that the above-captioned action against EFI be and hereby is dismissed with prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure. Plaintiff and EFI shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: December 13, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE